UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARKEITH PARKS, on behalf of himself and
all others similarly situated,
                      Plaintiff,

            -against-                                    18 **CIVIL** 6936 (LLS)

## JUDGMENT

AINSWORTH PET NUTRITION, LLC d/b/a
Rachael Ray Nutrish and J.M. SMUCKER
COMPANY,
                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated February 20, 2020, Defendant's motion to dismiss the amended complaint is granted.

**Dated:** New York, New York
          February 21, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**